ALBANY,
August, 1805.

Ely
v.
Van Beuren.

## Joseph Ely *against* Harman Van Beuren.

*After verdict in a justice's court in an action for a penalty, it will be intended that the offence proved, was such as warranted the penalty declared for, and therefore all form in the declaration cured. In such a suit, if only a portion of the penalty be demanded, it will, after verdict, be intended the residue was waived, and the defendant below cannot assign for error, that less was recovered than might have been sued for. Alleging a fact, which is no offence, and for which damages appear not to have been given, is not error, and only matter of aggravation.*

ON CERTIORARI. The suit below was under the 15th section of the act* concerning slaves and servants, to recover the penalty of 12 dols. 50 cts. for trading with the slave of the plaintiff. The declaration was for only 12 dols. 50 cts. stating the trading to be to the amount of two dollars, and that the defendant had also innoculated the child of his slave.

The errors submitted were, first, that the kinds of goods sold, were not set forth. It might have been liquor ; and then, under the 15th section, the penalty was only five dollars. 2dly, that the plaintiff should also have declared for the treble value of the articles traded in ; the action having been for only half of the forfeitures incurred, for the two sums of 12 dols. 50 cts. and the treble value of the goods, make but one penalty. 3dly, that the inoculation complained of, was no offence.

*Per curiam.* We must, after trial, intend, that the trading was shewn by proof, to be within the 15th section, and was not for strong liquor. As to the suit being for only a part of the penalty, it is clear that the plaintiff was entitled to what he did demand, the 12 dols. 50 cts. ; he might have waived the treble damages, as he had a right to do, and the defendant below cannot complain that the plaintiff has recovered less than he might have sued for. The parties appeared at the trial, and no objection was taken to the form of the declaration ; every informality of it is, therefore, cured ; and we must now intend the substance of it was prov-

* 1 *Rev. Laws,* 618.

ed. The inoculation, therefore, was idle and null. It was but mere aggravation, and, as only a single penalty was recovered, it is evident no damages were given on that account. Affirm the judgment.